## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

ANDREA L. MORROW,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., and DIVERSIFIED
CONSULTANTS, INC.

      Defendants.

COURT FILE NO.: 14-cv-282-ADM-SER

**STIPULATION EXTENDING TIME FOR DEFENDANT DIVERSIFIED CONSULTANTS, INC. TO RESPOND TO PLAINTIFF'S COMPLAINT**

IT IS HEREBY STIPULATED and agreed to by and between Plaintiff Andrea L. Morrow and Defendant Diversified Consultants, Inc. ("Defendant"), through their respective undersigned counsel, that Defendant is granted an extension through March 14, 2014, with which to answer and/or otherwise respond to the Complaint filed in this matter.

2464902v1

ATTORNEYS FOR PLAINTIFF
ANDREA L. MORROW


Dated:  February 25, 2014          By:  s/ Thomas J. Lyons, Jr.
Thomas J. Lyons, Jr., Esq.
Consumer Justice Center, P.A.
Attorney I.D. #0249646
367 Commerce Court
Vadnais Heights, MN 55127
Telephone:  (612) 770-9707
Facsimile:  (612) 704-0907
Email:  tommycjc@aol.com




ATTORNEYS FOR DEFENDANT
DIVERSIFIED CONSULTANTS, INC.


Dated: February 25, 2014          By:  s/ Michael S. Poncin
Michael S. Poncin, #296417
James R. Bedell, #351544
MOSS & BARNETT, P.A.
4800 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-4129
Telephone:  (612) 877-5000
Facsimile:  (612) 877-5999
PoncinM@moss-barnett.com
BedellJ@moss-barnett.com

2464902v1