UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ANDREA L. MORROW,

    Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC., and DIVERSIFIED CONSULTANTS, INC.,

    Defendant.

Case No. 0:14-cv-00282-ADM-SER

**DEFENDANT DIVERSIFIED CONSULTANTS, INC.'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

COMES NOW Defendant Diversified Consultants, Inc. and pursuant to Fed. R. Civ. P. 7.1, submits the following corporate disclosure statement: Diversified Consultants, Inc. has no parent company. No publicly-traded corporation owns 10% or more of Defendant's stock. No other entity will be substantially affected by the results of this litigation.

Dated this 14th day of March, 2014.

    MOSS & BARNETT
    A Professional Association

    s/ Michael S. Poncin
    Michael S. Poncin (Minn. Bar #296417)
    James R. Bedell (Minn. Bar #351544)
    Attorneys for Defendant **Diversified Consultants, Inc.**
    4800 Wells Fargo Center
    90 South Seventh Street
    Minneapolis, Minnesota 55402
    (612) 877-5000
    Fax: (612) 877-5999
    poncinm@moss-barnett.com
    bedellj@moss-barnett.com